[No. 21442-3-II.    Division Two.    December 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA L. KESHTBOD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00304-7, H. John Hall, J., entered December 10, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.


[No. 21962-0-II.    Division Two.    December 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYFORD J. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00325-4, Kenneth D. Williams, J., entered April 16, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 38755-3-I.    Division One.    December 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS LIERA-SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00055-1, Steven J. Mura, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.


[No. 40510-1-I.    Division One.    December 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00408-1, David A. Nichols, J., entered March 7, 1996. *Dismissed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.